```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15987
   ALEJANDRO HERNANDEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6756


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/20/08 .

     2.  The case was converted to Chapter 7 without confirmation, 10/08/2008.

     3.  The Debtor paid a total of $    2933.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00          .00             .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE   NOT FILED          .00             .00
SAXON MORTGAGE SERVICES    SECURED               .00          .00             .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE   NOT FILED          .00             .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED          .00             .00
FIRST PREMIER BANK         UNSECURED       NOT FILED          .00             .00
ILLINOIS AMERICAN WATER    UNSECURED       NOT FILED          .00             .00
TRS RECOVERY SERVICES      UNSECURED       NOT FILED          .00             .00
PABLO LOPEZ & SONS         UNSECURED       NOT FILED          .00             .00
PEOPLES GAS                UNSECURED       NOT FILED          .00             .00
TELECHECK SERVICES         UNSECURED       NOT FILED          .00             .00
VERIZON WIRELESS           UNSECURED       NOT FILED          .00             .00
       Summary of disbursements:
-----------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00         .00          .00           .00
PRINCIPAL PAID          .00          .00         .00          .00           .00
INTEREST PAID           .00          .00         .00          .00           .00
TOTAL PAID              .00          .00         .00          .00           .00
The Debtor's attorney, TIMOTHY K LIOU              , was allowed $    3500.00
and was paid $   2923.80   direct and $    576.20   through the plan.

The Trustee received $      32.25 .

Refunds to the Debtor totaled $    2324.55 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/22/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```